FILED

MAY 1 8 2012

PATRICK E. DUFFY, CLERK

By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| ANTHONY EVANS | ) | CV 11-65-H-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROSS SWANSON, TOM WOOD, | ) | |
| DENISE DEYOTT, MATTHEW J. | ) | |
| SAVILLE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS HEREBY ORDERED that the above-captioned cause is DISMISSED

WITH PREJUDICE. All pending motions are MOOT and all deadlines are

VACATED.

Pursuant to the Stipulation (doc. 21), IT IS FURTHER ORDERED that the

Defendants shall pay Plaintiff's filing fees, in the amount of $350, directly to the

1

Clerk of the District Court.

DATED this ___15___ day of May, 2012.

Donald W. Molloy, District Judge
United States District Court